IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DAUN CHALLENCER BURNS | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:09-cv-691-HSO-JMR |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on Defendant's Motion to Dismiss [9]. The Court, after a full review and consideration of this Motion, Chief Magistrate Judge John M. Roper's Report and Recommendations [11], Plaintiff's Objection [12], the related pleadings, the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's case against Defendant is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE